IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, **Plaintiff,** vs. **HARLAN V. RICE,** Defendant. | PO-25-05003-M-KLD<br>VIOLATION: F5481561<br><br>Location Code: M10<br><br>ORDER |
|---|---|

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed without prejudice, and all the initial appearance scheduled for March 6, 2025 is vacated.

DATED this 21st day of January, 2025.

_Kathleen L. DeSoto_
Kathleen L. DeSoto
United States Magistrate Judge

1